In the Matter of the Application of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Lands Required for the Opening of West 184th Street and Overlook Terrace.

JONAS M. LIBBY et al., Appellants; JAMES G. BENNETT, Respondent.

*Matter of City of New York (West 184th Street)*, 165 App. Div. 356, affirmed.

(Argued September 28, 1915; decided October 12, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 11, 1915, which reversed an order of Special Term denying a motion to confirm the report of commissioners of assessment in street opening proceedings and granted said motion. The question presented by the appeal is whether the method of assessment adopted by the commissioners resulted in assessments representing the

proportionate benefit which the lands of the appellants derived from the improvement.

*Albert S. Wright* and *Tompkins McIlvaine* for appellants.

*Louis H. Hahlo, Corporation Counsel (Joel J. Squier* and *John J. Kearney* of counsel), for city of New York, respondent.

*Robert W. Candler* for James G. Bennett, respondent.

Order affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch., J., CHASE, COLLIN, CUDDEBACK, HOGAN, SEABURY and POUND, JJ.